**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 03-1529**

MARIA LUISA QUEVEDO,

Plaintiff - Appellant,

versus

DONALD H. RUMSFELD, Secretary, Department of
Defense; ARMY AND AIR FORCE EXCHANGE SERVICE
(AAFES), Agency,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Frederic N. Smalkin, Senior District Judge.
(CA-02-806-FNS)

Submitted:  September 22, 2003      Decided:  October 22, 2003

Before WILKINSON, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Marie Luisa Quevedo, Appellant Pro Se.  Thomas Michael DiBiagio,
United States Attorney, Tarra R. DeShields-Minnis, OFFICE OF THE
UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Maria Luisa Quevedo appeals the district court's order granting the defendants' motion for summary judgment in this employment discrimination action. Quevedo alleged that the defendants discriminated against her by failing to promote her because of her race and national origin. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Quevedo v. Rumsfeld, No. CA-02-806-FNS (D. Md. Feb. 24, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED